**DISMISS and Opinion Filed July 12, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00419-CV**

**IN THE BEST INTEREST AND PROTECTION OF T.W.**

**On Appeal from the County Court at Law No. 2**
**Hunt County, Texas**
**Trial Court Cause No. M-12100**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

The parties have filed a joint motion to voluntarily dismiss the appeal. *See*

TEX. R. APP. P. 42.1. We **GRANT** the motion and **DISMISS** the appeal. *See id.*

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

210419F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE BEST INTEREST AND
PROTECTION OF T.W.

No. 05-21-00419-CV

On Appeal from the County Court at
Law No. 2, Hunt County, Texas
Trial Court Cause No. M-12100.
Opinion delivered by Justice
Schenck. Justices Reichek and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that each party bear their own costs of this appeal.

Judgment entered this 12th day of July 2021.